### FRANZ et al. v. KNEESE.
#### No. 8595.

Court of Civil Appeals of Texas. San Antonio.
April 29, 1931.

N. T. Stubbs, of Johnson City, for appellant.

J. B. Wieser, of Fredericksburg, for appellee.

#### PER CURIAM.

Appellee has filed motion to strike appellants' brief, and dismiss the appeal. It appears from the record that appellants did not file their brief in this court until within two days of the submission of the cause, and too late to enable appellee to reply thereto. Appellants' brief will therefore be stricken from the record, and the appeal dismissed.